UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
|     KENNETH KUN LEE ) | |
| ) | Case No.   09-10780-SSM |
|         Debtor. ) | Chapter 7 |
| _____) | |

## NOTICE OF APPEAL

KENNETH KUN LEE, the Debtor herein, hereby appeals under 28 U.S.C. § 158(a) from the order of U.S. Bankruptcy Judge Stephen S. Mitchell sustaining the Trustee's objection to the Debtor's claim of exemptions entered in this case on the 4th day of June, 2009.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Kenneth Kun Lee, Debtor: | Daniel M. Press, VSB 37123 |
| | Russell B. Adams III, VSB# 37302 |
| | CHUNG & PRESS, P.C. |
| | 6718 Whittier Avenue, Suite 200 |
| | McLean, Virginia 22101 |
| | (703) 734-3800 |
| | |
| Gordon P. Peyton, Trustee: | Gordon P. Peyton, Esq. |
| | 510 King Street, Suite 301 |
| | Alexandria, VA 22314 |
| | (703) 684-2000 |

Daniel M. Press, VSB 37123
Russell B. Adams III, VSB# 37302
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

Dated: June 4, 2009.

                                        Respectfully submitted,

                                        __/s/Daniel M. Press___
                                        Daniel M. Press, VSB 37123
                                        Russell B. Adams III, VSB# 37302
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, Suite 200
                                        McLean, Virginia 22101
                                        (703) 734-3800


## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of June, 2009, I caused the foregoing Notice of Appeal to be served by CM/ECF upon the Chapter 7 Trustee and the Office of the U.S. Trustee

                                        __/s/Daniel M. Press___
                                        Daniel M. Press