UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

In re                                    )
                                         )
     KENNETH KUN LEE                     )
                                         )    Case No.   09-10780-SSM
               Debtor.                   )    Chapter 7
_____)


DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES

KENNETH KUN LEE, the Debtor herein, pursuant to Bankr. Rule 8006, hereby

designates the items to be included in the record:

   1)    Petition (Docket #1)

   2)    Schedules (Docket #15)

   3)    Objection to Exemptions (Docket #28)

   4)    Response to Objection to Exemptions (Docket #32)

   5)    Order (Docket #40)

   6)    Notice of Appeal

The issue on appeal is:

   Whether a debtor in bankruptcy is required to record a homestead deed with the Circuit

Court as a condition to claiming an exemption under 11 U.S.C. § 522(b)(3)(A) and Va. Code  §


Daniel M. Press, VSB 37123
Russell B. Adams III, VSB# 37302
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

34-4, in light of the amendments to Va. Code § 34-17 which fix the deadline for filing a

homestead deed "on or before the fifth day after the date of the meeting held pursuant to 11

U.S.C. § 341."

       Dated: June 4, 2009.


                         Respectfully submitted,


                         __/s/Daniel M. Press___
                         Daniel M. Press, VSB 37123
                         Russell B. Adams III, VSB# 37302
                         CHUNG & PRESS, P.C.
                         6718 Whittier Avenue, Suite 200
                         McLean, Virginia 22101
                         (703) 734-3800


CERTIFICATE OF SERVICE

       This is to certify that on this 4th day of June, 2009, I caused the foregoing Document to
be served by CM/ECF upon the Chapter 7 Trustee and the Office of the U.S. Trustee


                         __/s/Daniel M. Press___
                         Daniel M. Press